IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAUL IVAN ROBLES,

    Petitioner,

v.

    Case No. 18-cv-890-wmc

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Saul Ivan Robles denying petitioner's motion to vacate under 28 U.S.C. § 2255 and dismissing the petition for failure to state a plausible claim for relief.

| s/ K. Frederickson, Deputy Clerk | April 3, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |